UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN A. MCMEANS,

      Plaintiff,                                Case No. 20-cv-10890

v.                                              Paul D. Borman
                                                   United States District Judge

COMMISSIONER OF                     David R. Grand
SOCIAL SECURITY,                     United States Magistrate Judge

      Defendant.

_____/

### ORDER
### (1) ADOPTING MAGISTRATE JUDGE GRAND'S JULY 6, 2021 REPORT AND RECOMMENDATION (ECF NO. 14), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11), AND (4) AFFIRMING THE FINDINGS OF THE COMMISSIONER

On July 6, 2021, Magistrate Judge David R. Grand issued a Report and Recommendation to Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 14, Report and Recommendation.)

2

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 14), **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 11), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 12), and **AFFIRMS** the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman  
Paul D. Borman  
United States District Judge

Dated: July 22, 2021